In the Matter of BELL AIRCRAFT CORPORATION, Respondent, against BOARD OF ASSESSORS OF THE CITY OF BUFFALO, Appellant.

Argued October 9, 1952; decided October 23, 1952.

769

*Fred C. Maloney, Corporation Counsel* (*Abraham I. Okun* of counsel), for appellant.

*Horace C. Winch* and *William B. H. Sawyer* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.